Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC. etc. )  Case No: 4:16-cv-01150
)
                        Plaintiff(s), )  APPLICATION FOR
)  ADMISSION OF ATTORNEY
    v. )  PRO HAC VICE
VISA, INC., a Delaware corporation, et )  (CIVIL LOCAL RULE 11-3)
)
                        Defendant(s). )

I, Lawrence D. Goodman _____, an active member in good standing of the bar of Florida and SDFLA _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: B & R Supermarket, Inc. etc. _____ in the above-entitled action. My local co-counsel in this case is Patrick J. Coughlin _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2800 Ponce de Leon Boulevard, Suite 1400 Coral Gables, FL 33134 | 655 West Broadway, Suite 1900 San Diego, CA 92101-8498 |
| MY TELEPHONE # OF RECORD: (305) 374-8200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (619) 231-1058 |
| MY EMAIL ADDRESS OF RECORD: lgoodman@devinegoodman.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: patc@rgrdlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 712647 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____                                   Lawrence D. Goodman _____
                                                            APPLICANT  for LDG

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lawrence D. Goodman _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 21, 2016.                          _____
                                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    October 2012