**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

B & R SUPERMARKET, INC., et al.   )
                                  )   Case No: 3:16-cv-01150
            Plaintiff(s),         )
                                  )   **APPLICATION FOR**
        v.                        )   **ADMISSION OF ATTORNEY**
                                  )   **PRO HAC VICE**
VISA, INC., et al.,               )   (CIVIL LOCAL RULE 11-3)
                                  )
            Defendant(s).         )

I, Elizabeth P. Papez, an active member in good standing of the bar of the District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Discover Financial Services in the above-entitled action. My local co-counsel in this case is Sean D. Meenan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1700 K Street, N.W. | 101 California Street |
| Washington, DC  20006 | San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 282-5000 | (415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| epapez@winston.com | smeenan@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 476993.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: March 23, 2016                                */s/ Elizabeth P. Papez*
                                                           APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Elizabeth P. Papez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 23, 2016.

                                               UNITED STATES DISTRICT/MAGISTRATE JUDGE