Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R Supermarket, Inc., et al.,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>VISA, Inc., et al.,<br><br>                    Defendant(s). | Case No: 3:16-cv-01150<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>**(CIVIL LOCAL RULE 11-3)** |

I, **Kenneth A. Gallo**, an active member in good standing of the bar of **District of Columbia Court of Appeals**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **MasterCard International Incorporated** in the above-entitled action. My local co-counsel in this case is **Stephen E. Taylor**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW, Washington, DC 20006 | Taylor & Company Law Offices, LLP, One<br>Ferry Building, # 355, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 223-7356 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 788-8200 |
| MY EMAIL ADDRESS OF RECORD:<br>kgallo@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>staylor@tcolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **371253**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 23, 2016

                                                            Kenneth A. Gallo
                                                            APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Kenneth A. Gallo** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.

                                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                      October 2012