UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B & R Supermarket, Inc., et al.,

Plaintiff(s),

v.

Visa, Inc., et al.,

Defendant(s).

Case No: 3:16-cv-1150 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Karen C. Otto, an active member in good standing of the bar of the District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Visa Inc. and Visa U.S.A. Inc. in the above-entitled action. My local co-counsel in this case is Sharon D. Mayo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Arnold & Porter LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743 | Arnold & Porter LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 202-942-5000 | 415-471-3100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| karen.otto@aporter.com | sharon.mayo@aporter.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 995361.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: March 28, 2016

Karen C. Otto
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Karen C. Otto is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 29, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE