Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., et al.   )
                                  )   Case No: 3:16-cv-01150
           Plaintiff(s),          )
                                  )   **APPLICATION FOR**
     v.                           )   **ADMISSION OF ATTORNEY**
                                  )   **PRO HAC VICE**
VISA, INC., et al.                )   (CIVIL LOCAL RULE 11-3)
                                  )
           Defendant(s).          )

I, Jennifer M. Wong, an active member in good standing of the bar of Appellate Division of the Supreme Court of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Please see Exhibit A in the above-entitled action. My local co-counsel in this case is Peter K. Huston, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Sidley Austin LLP - 787 Seventh Avenue<br>New York, NY 10019 | Sidley Austin LLP - 555 California St, Ste 2000,<br>San Francisco, CA 94104 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 839-5300 | (415) 772-1200 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| jennifer.wong@sidely.com | phuston@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5327648.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/28/16

Jennifer M. Wong
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer M. Wong is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 29, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE