Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

B&R SUPERMARKET, INC., et al.                     )
                           Plaintiff(s),  )
   v.                                                              )
                     Defendant(s).  )

Case No: 3:16-cv-01150

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)**

I, Alicia M. Raines, an active member in good standing of the bar of Sup. Ct. State of Indiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: USAA Savings Bank in the above-entitled action. My local co-counsel in this case is Bradley Love, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnes & Thornburg LLP, 11 S. Meridian St., Indianapolis, IN 46204 | Barnes & Thornburg LLP, 2029 Century Park E., Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: (317) 236-1313 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 284-3880 |
| MY EMAIL ADDRESS OF RECORD: alicia.raines@btlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: blove@btlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 32115-02.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                          _Alicia M. Raines_
                                               APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alicia M. Raines is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 11, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE